```
McGREGOR W. SCOTT
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:08-cr-00055 LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER THEREON |
| ) | FOR CONTINUANCE |
| v. ) | |
| ) | Date: April 4, 2008 |
| PATRICIA PEREZ-ORTEGA, ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Lawrence J. O'Neill |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Ian L. Garriques, Assistant U.S. Attorney and Robert W. Rainwater, attorney for defendant, Patricia Perez-Ortega, that the status conference currently scheduled for March 21, 2008, be continued to **April 4, 2008** at 9:00 a.m.  The parties agree that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

   The reason for the continuance is to allow time for the preparation of a pre-plea presentence report and further plea negotiations.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Dated: March 19, 2008              Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

                              By:  /s/ Ian L. Garriques
                                   IAN L. GARRIQUES
                                   Assistant U.S. Attorney


                                   DANIEL J. BRODERICK
                                   Federal Defender

Dated: March 19, 2008         By:  /s/ Robert W. Rainwater
                                   ROBERT W. RAINWATER
                                   Attorney for Defendant


**O R D E R**

Good cause exists to continue the case to accomplish that which is discussed in the stipulation and request.  The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   March 20, 2008**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE